UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNY BROWN,<br><br>    Plaintiff,<br><br>    v.<br><br>THE WARDEN OF CALIFORNIA DEPARTMENT OF REHABILITATIONS,<br><br>    Defendant. | Case No. 18-CV-04107 LHK (PR)<br><br>**ORDER OF DISMISSAL** |

On July 10, 2018, plaintiff, a California state prisoner, filed a *pro se* civil rights complaint under 42 U.S.C. § 1983. That same day, the clerk sent plaintiff a notice that the application to proceed *in forma pauperis* ("IFP") that he filed was deficient because he did not submit a Certificate of Funds in Prisoner's Account or a prisoner trust account statement showing transactions for the last six months. Plaintiff was advised that he must file the necessary documents within twenty-eight days or face dismissal of the action without further notice to plaintiff. To date, plaintiff has not paid the filing fee the documents necessary to complete his IFP application. Accordingly, this case is **DISMISSED** without prejudice.

**IT IS SO ORDERED.**

DATED:   8/27/2018

*Lucy H. Koh*
LUCY H. KOH
UNITED STATES DISTRICT JUDGE

Case No. 18-CV-04107 LHK (PR)
ORDER OF DISMISSAL